# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
                         Appellant,
vs.
THE STATE OF NEVADA,
                         Respondent.

No. 71021

FILED

OCT 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for modification of sentence. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Lynne K. Simons, District Judge
       Frank Milford Peck
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

16-31146